| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Peter Schey (Cal. Bar No. 58232)<br>Carlos Holguin (Cal. Bar No. 90754)<br>Center for Human Rights and Constitutional Law<br>256 South Occidental Blvd.<br>Los Angeles, CA 90057<br>Telephone: 323-251-3223<br>email: pschey@centerforhumanrights.org | |
| ATTORNEY(S) FOR: PLAINTIFFS | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Clergy and Laity for Economic Justice, et al.<br><br>Plaintiff(s),<br>v.<br>U.S. Immigration and Customs Enforcement; Department of Homeland Security<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   PLAINTIFFS CLERGY AND LAITY FOR ECONOMIC JUSTICE et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Clergy and Laity United for Economic Justice | FOIA Plaintiff |
| El Rescate | FOIA Plaintiff |
| Amnesty International USA | FOIA Plaintiff |
| Human Rights Watch | FOIA Plaintiff |
| Aldea - People's Of Justice Center | FOIA Plaintiff |
| Alianza Americas | FOIA Plaintiff |
| Immigrants' Rights Clinic at Columbia Law School | FOIA Plaintiff |
| Geographies of Displacement University of Texas at Austin | FOIA Plaintiff |
| and El Colegio De Sonora | FOIA Plaintiff |
| Immigration Justice Task Force | FOIA Plaintiff |
| Interfaith Community for Detained Immigrants | FOIA Plaintiff |
| California League of United Latin American Citizens | FOIA Plaintiff   (continued on attachment) |

February 9, 2021                               *Peter Schey*
Date                                           Signature

Attorney of record for (or name of party appearing in pro per):

Peter Schey           Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CLERGY AND LAITY UNITED FOR ECONOMIC JUSTICE, et al. v. Department of Homeland Security and U.S. Immigration and Customs Enforcement

**ATTACHMENT #1 TO NOTICE OF INTERESTED PARTIES**

| PARTY | CONNECTION/INTEREST |
|---|---|
| LEGAL SERVICES FOR PRISONERS WITH CHILDREN | FOIA Plaintiff |
| NO MORE DEATHS; | FOIA Plaintiff |
| PROJECT LIFELINE; | FOIA Plaintiff |
| PROYECTO DILLEY; | FOIA Plaintiff |
| PUBLIC LAW CENTER; | FOIA Plaintiff |
| REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES; | FOIA Plaintiff |
| UNCAGE & REUNITE FAMILIES COALITION; | FOIA Plaintiff |
| WITNESS AT THE BORDER | FOIA Plaintiff |
| Department of Homeland Security | FOIA Defendant |
| U.S. Immigration and Customs Enforcement | FOIA Defendant |