AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| CLERGY AND LAITY UNITED FOR ECONOMIC JUSTICE; (see attachment #1). <br><br> *Plaintiff(s)* <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 2:21-cv-01214-DDP-KS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> U.S. Immigration and Customs Enforcement
> 500 12th Street, S.W.
> Washington, D.C. 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter Schey
> Center for Human Rights and Constitutional Law
> 256 S Occidental Blvd., Los Angeles, CA 90057

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/11/2021

*Signature of Clerk or Deputy Clerk*

PETER SCHEY (Cal. Bar No. 58232)
CARLOS HOLGUIN (Cal. Bar No. 90754)
CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
256 South Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 309
Facsimile: (213) 386-9484
email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CLERGY AND LAITY UNITED FOR ECONOMIC JUSTICE; EL RESCATE; AMNESTY INTERNATIONAL USA, HUMAN RIGHTS WATCH; ALDEA – THE PEOPLE'S JUSTICE CENTER, ALIANZA AMERICAS; IMMIGRANTS' RIGHTS CLINIC AT COLUMBIA LAW SCHOOL; GEOGRAPHIES OF DISPLACEMENT UNIVERSITY OF TEXAS AT AUSTIN AND EL COLEGIO DE SONORA; IMMIGRANT JUSTICE TASK FORCE; INTERFAITH COMMUNITY FOR DETAINED IMMIGRANTS; CALIFORNIA LEAGUE OF UNITED LATIN AMERICAN CITIZENS; LEGAL SERVICES FOR PRISONERS WITH CHILDREN; NO MORE DEATHS; PROJECT LIFELINE; PROYECTO DILLEY; PUBLIC LAW CENTER; REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND | Case No.<br><br>**COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF (FREEDOM OF INFORMATION ACT).** |

Complaint

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

| | |
|---|---|
| 1 | LEGAL SERVICES; UNCAGE & REUNITE FAMILIES COALITION; AND WITNESS AT THE BORDER, |
| 2 | |
| 3 | |
| | Plaintiffs, |
| 4 | |
| | v. |
| 5 | |
| 6 | DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, |
| 7 | |
| 8 | |
| | Defendants. |
| 9 | |
| 10 | _____ |

Complaint

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: