# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLERGY AND LAITY UNITED FOR ECONOMIC JUSTICE , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21–cv–01214–DDP–KS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   2/10/2021   |   4 and 5   |   Civil Cover Sheet and Notice of Interested Parties   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Incorrect event selected. Correct event to be used is Civil Cover Sheet (CV–71) and Certificate/Notice of Interested Parties. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 11, 2021          By:  /s/ *Geneva Hunt  Geneva_Hunt@cacd.uscourts.gov*
                                          Deputy Clerk