**TRANSFER ORDER DECLINED**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clergy and Laity United for Economic Justice, et al.,<br><br>PLAINTIFF(S)<br>v.<br><br>Department of Homeland Security, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:21-cv-01214-DDP-KSx<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 19-03<br>(RELATED CASES) |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____         _____
Date                                                          United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Plaintiffs' requests for information under the Freedom of Information Act are outside the scope of the Flores Settlement Agreement, and their claims do not arise from the same or closely related transactions as the Flores class claims. Declining to transfer this case would not entail substantial duplication of labor.

February 16, 2021                           /s/ Dolly M. Gee
Date                                                          Dolly M. Gee, United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:85-cv-04544-DMG-AGRx  and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Karen L. Stevenson  to Magistrate Judge  Alicia G. Rosenberg  .

On all documents subsequently filed in this case, please substitute the initials  DMG-AGRx  after the case number in place of the initials of the prior judge, so that the case number will read  2:21-cv-01214-DMG-AGRx  . This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☑ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (03/19)                    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Cases)