UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:21cv01214 DDP (KSx)                                    Date: August 8, 2024

Title   *CLERGY AND LAITY UNITED FOR ECONOMIC JUSTICE; ET AL. v. DEPARTMENT OF HOMELAND SECURITY; ET AL.*

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present/Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – ORDER TO SHOW CAUSE**

On February 10, 2023, the Court issued an Order [34] granting the parties' Stipulation to Vacate Summary Judgment Deadlines in this FOIA Action and Adopt Proposed Briefing Schedule for Filing a Motion for Attorneys Fees and Costs [33]. The briefing deadlines for the motion for attorneys' fees and costs have passed.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 9, 2024**, why this action should not be dismissed for lack of prosecution. In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |