JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLERGY AND LAITY UNITED FOR ECONOMIC JUSTICE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | No. 2:21-cv-01214-DDP-KSx <br><br> **DISMISSAL ORDER** <br><br> Hon. Dean D. Pregerson <br> United States District Judge |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed with prejudice.

Dated: September 13, 2024

_____
DEAN D. PREGERSON
United States District Judge

Presented by:

/s/ Sarah Kahn
SARAH KAHN
Center for Human Rights and Constitutional Law

Attorney for Plaintiffs

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ Matthew J. Barragan
MATTHEW J. BARRAGAN
Assistant United States Attorney

Attorneys for Defendants

1